1
2
3
4
5
6
7                           UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   CHRISTOPHER D. CHRISTOPHERSON,          No.  2:20-cv-2090-EFB

11                    Plaintiff,

12            v.                              ORDER

13   ANDREW SAUL, Commissioner of Social
     Security,
14
                     Defendant.
15

16

17          Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis* and

18   has submitted the affidavit required thereunder which demonstrates that plaintiff is unable to

19   prepay fees and costs or give security for them.  ECF No. 2.  Accordingly, the request to proceed

20   *in forma pauperis* will be granted.  28 U.S.C. § 1915(a).

21          In accordance with the above, IT IS ORDERED that:

22          1.  Plaintiff's request to proceed *in forma pauperis* (ECF No. 2) is granted.

23          2.  The Clerk of the Court is directed to serve a copy of this order on the United States

24   Marshal.

25          3.  Within fourteen days from the date of this order, plaintiff shall submit to the United

26   States Marshal an original and five copies of the completed summons, five copies of the

27   complaint, and *shall file a statement with the court that said documents have been submitted to*

28   *the United States Marshal.*

4.  The United States Marshal is directed to serve all process without prepayment of costs not later than sixty days from the date of this order.  Service of process shall be completed by delivering a copy of the summons and the complaint to the United States Attorney for the Eastern District of California, and by sending two copies of the summons and the complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C.  *See* Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons and complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of General Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA  94105-1545.  *See* Fed. R. Civ. P. 4(i)(2).  *The United States Marshal shall thereafter file a statement with the court that said documents have been served.*

5.  The parties are hereby notified that, after service of the complaint, this action will be stayed pursuant to General Order Number 615, and there will be no scheduling order or deadlines in effect pending further order of the court.  *See* E.D. Cal. G.O. 615 ¶¶ 6 & 10.

6.  The Clerk is directed to issue the Consent/Decline forms only.  Pursuant to GO 615, no briefing schedule shall issue.

DATED:  November 3, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2