1  Jared Walker (SB#269029)
   P.O. Box 1777
2  Orangevale, CA 95662
   T: (916) 476-5044
3  F: (916) 476-5064
   jared@jwalker.law
4

5  Attorney for Plaintiff,
   CHRISTOPHER D. CHRISTOPHERSON
6

7                    IN THE UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9  CHRISTOPHER D. CHRISTOPHERSON,          Case No.: 2:20-cv-02090-EFB

10         Plaintiff,

11      v.                                  STIPULATION AND ORDER FOR FIRST
                                            EXTENSION OF TIME FOR PLAINTIFF
12 KILOLO KIJAKAZI,                         TO FILE OPENING BRIEF
   Acting Commissioner of Social Security,
13
           Defendant.
14

15

16      IT IS STIPULATED, by and between the parties, through their respective counsel of record,

17 that the time for Plaintiff to file his motion for summary judgment be extended thirty-five (35) days,

18 from the original deadline, such that Plaintiff's new deadline, with the Court's approval, will be

19 October 22, 2021.  This is Plaintiff's first request for an extension of time.  Plaintiff needs additional

20 time to file his motion for summary judgment due to Plaintiff's counsel's conflicting deadlines in

21 other matters.  With the Court's approval, the parties further stipulate that all other dates in the

22 Court's Scheduling Order be extended accordingly.

23      Dated: September 17, 2021            Respectfully submitted,

24

25                                            /s/ *Jared T. Walker*
                                             Jared T. Walker,
26                                           Attorney for Plaintiff

27

28

SO STIPULATED:

                            PHILLIP A. TALBERT
                            Acting United States Attorney

Dated: September 17, 2021   By:   /s/ *Oscar Gonzalez de Llano
                                       (*authorized by email on 9/17/2021)
                                       Oscar Gonzalez de Llano
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant

                                              ORDER

APPROVED AND SO ORDERED.

Dated: September 20, 2021.                [signature]
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF